BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

JUN 1 9 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MIGUEL ANGEL MORALES, <br><br> Defendant. | CASE NO. 2:14-CR--166 JAM <br><br> VIOLATION: 18 U.S.C. § 2251(a) – Production of Child Pornography; 18 U.S.C. § 2253(a) - Criminal Forfeiture |

INDICTMENT

The Grand Jury charges: T H A T

MIGUEL ANGEL MORALES,

defendant herein, between on or about August 16, 2013, and on or about September 30, 2013, in the County of Sacramento, State and Eastern District of California, and elsewhere, did knowingly employ, use, persuade, induce, entice, and coerce a minor, to wit: J.B., a 14 year old girl, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, and that such visual depiction would be transported in and affecting interstate and foreign commerce; when visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means,

1 including by computer, and when such visual depiction was actually transported and transmitted using
2 any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign
3 commerce, all in violation of Title 18, United States Code, Section 2251(a).
4 PRIOR CONVICTION ALLEGATION:
5       The Grand Jury further alleges that at the time defendant MIGUEL ANGEL MORALES
6 committed the offense charged in this Indictment, he had been convicted in 2010 in the Superior Court
7 of the State of California for San Joaquin County of unlawful sexual intercourse with a minor more than
8 three years younger than the defendant, a violation of California Penal Code Section 261.5(c), such prior
9 conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a
10 minor.
11 FORFEITURE ALLEGATION: [18 U.S.C. § 2253(a) - Criminal Forfeiture]
12     1.    Upon conviction of the offense alleged in this Indictment, defendant MIGUEL ANGEL
13 MORALES shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a), any and all matter which
14 contains visual depictions produced, transported, mailed, shipped or received in violation thereof; any
15 property, real or personal, constituting or traceable to gross profits or other proceeds the defendant
16 obtained as a result of the said violations; and any property, real or personal, used or intended to be used
17 to commit and promote the commission of the violations, including, but not limited to, a Samsung
18 Galaxy cellular telephone.
19     2.    If any property subject to forfeiture as a result of the offense alleged in this Indictment,
20 for which defendant is convicted:
21         a. cannot be located upon the exercise of due diligence;
22         b. has been transferred or sold to, or deposited with, a third party;
23         c. has been placed beyond the jurisdiction of the Court;
24         d. has been substantially diminished in value; or
25         e. has been commingled with other property which cannot be
26           divided without difficulty;
27 ///
28 ///

1  it is the intent of the United States, pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(p), to
2  seek forfeiture of any other property of said defendant, up to the value of the property subject to
3  forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

## PENALTY SLIP

### U.S. v. Miguel Angel MORALES

**DEFENDANT:** Miguel Angel MORALES

**VIOLATION:** 18 U.S.C. § 2251(a) – Production of Child Pornography with Prior

**PENALTY:** Not more than $250,000 Fine; or
Not less than 25 years imprisonment or not more than 50 years of Imprisonment, or both;
Not less than 5 years or up to life supervised release.

**PENALTY ASSESSMENT:** As stated on the indictment

SEALED

2: 1 4 - CR - - 1 6 6 JAM

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
vs.

MIGUEL ANGEL MORALES

## I N D I C T M E N T

**VIOLATION:** 18 U.S.C. § 2251(a) – Production of Child Pornography;
18 U.S.C. § 2253(a) – Criminal Forfeiture

*A true bill,*     **/s/ Signature on file w/AC**

_____
Foreman.

Filed in open court this ___19th___ day

of ___June___, A.D. 20 _14_

_____M. Caspar_____
Clerk.

Bail, $ **NO BAIL WARRANT PENDING HEARING**

_____Dale A. Drozd_____

GPO 863 525

# SEALED

2:14-CR--166 JAM