HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Scoble@fd.org

Attorney for Defendant
MIGUEL ANGEL MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL ANGEL MORALES,<br><br>Defendant. | Case No.  2:14-cr-166 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>Date:   September 23, 2014<br>Time:  9:30 a.m.<br>Judge:  Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for MIGUEL ANGEL MORALES, that the status conference hearing date of July 22, 2014 be vacated, and the matter be set for status conference on September 23, 2014 at 9:30 a.m.

This continuance is necessary because defense counsel needs additional time to review the proposed plea agreement with the defendant.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 23, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

1  Dated:  July 21, 2014                          Respectfully submitted,

2                                                 HEATHER E. WILLIAMS
3                                                 Federal Defender

4
                                                  */s/ Matthew M. Scoble*
5                                                 MATTHEW M. SCOBLE
                                                  Assistant Federal Defender
6                                                 Attorney for Defendant
7                                                 MIGUEL ANGEL MORALES

8  Dated: July 21, 2014                           BENJAMIN WAGNER
                                                  United States Attorney
9

10                                                */s/ Matthew M. Scoble for*
                                                  MATTHEW MORRIS
11                                                Assistant U.S. Attorney
                                                  Attorney for Plaintiff
12

13                                    **O R D E R**

14       Based on the reasons set forth in the stipulation of the parties filed on July 21, 2014, and

15  good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.

16  IT IS HEREBY ORDERED that the status conference currently set for Tuesday, July 22, 2014,

17  be vacated and that a status conference be set for Tuesday, September 23, 2014, at 9:30 a.m.  The

18  Court finds that the ends of justice to be served by granting a continuance outweigh the best

19  interests of the public and the defendants in a speedy trial.  Accordingly, IT IS HEREBY

20  ORDERED that, for the reasons stated in the parties' July 21, 2014 stipulation, the time within

21  which the trial of this matter must be commenced under the Speedy Trial Act is excluded during

22  the time period of July 21, 2014, through and including September 23, 2014, pursuant to 18

23  U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

24  Dated: July 21, 2014                          /s/ John A. Mendez
                                                  JOHN A. MENDEZ
25                                                United States District Court Judge

26
27
28