HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Scoble@fd.org

Attorney for Defendant
MIGUEL ANGEL MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      vs.<br><br>MIGUEL ANGEL MORALES,<br><br>              Defendant. | )  Case No.  2:14-cr-166 JAM<br>)<br>)  STIPULATION AND ORDER CONTINUING<br>)  STATUS CONFERENCE AND EXCLUDING<br>)  TIME<br>)<br>)  Date:   November 4, 2014<br>)  Time:  9:30 a.m.<br>)  Judge:  Hon. John A. Mendez<br>)<br>) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for MIGUEL ANGEL MORALES, that the status conference hearing date of September 23, 2014 be vacated, and the matter be set for status conference on November 4, 2014 at 9:30 a.m.

This continuance is necessary because defense counsel needs additional time to review the proposed plea agreement with the defendant.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 4, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

1    Dated:  September 22, 2014              Respectfully submitted,

2                                           HEATHER E. WILLIAMS
3                                           Federal Defender

4
                                            */s/ Matthew M. Scoble*
5                                           MATTHEW M. SCOBLE
6                                           Assistant Federal Defender
                                            Attorney for Defendant
7                                           GERALD GRANT LOWRANCE

8    Dated: September 22, 2014              BENJAMIN WAGNER
                                            United States Attorney
9

10                                          */s/ Matthew M. Scoble for*
                                            MATTHEW MORRIS
11                                          Assistant U.S. Attorney
                                            Attorney for Plaintiff
12

13                              **O R D E R**

14          Based on the reasons set forth in the stipulation of the parties filed on September 22,

15   2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its

16   entirety.

17          IT IS HEREBY ORDERED that the status conference currently set for Tuesday,

18   September 23, 2014, be vacated and that a status conference be set for Tuesday, November 4,

19   2014, at 9:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance

20   outweigh the best interests of the public and the defendants in a speedy trial.  Accordingly, IT IS

21   HEREBY ORDERED that, for the reasons stated in the parties' September 22, 2014 stipulation,

22   the time within which the trial of this matter must be commenced under the Speedy Trial Act is

23   excluded during the time period of September 22, 2014, through and including November 4,

24   2014, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

25   Dated: September 22, 2014              */s/ John A. Mendez*
                                            JOHN A. MENDEZ
26                                          United States District Court Judge

27

28