HEATHER E. WILLIAMS, #122664
Federal Defender
Matthew M. Scoble, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.scoble@fd.org

Attorney for Defendant
Miguel Angel Morales

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case № 2:14-cr-166 JAM |
| Plaintiff, | STIPULATION AND  ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| Miguel Angel Morales, | DATE:          June 16, 2015 |
| Defendant. | TIME          9:15 a.m. |
| | JUDGE:      Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney,

through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather

Williams, Federal Defender, through Assistant Federal Defender Matthew M. Scoble, attorney

for Miguel Angel Morales, that the status conference scheduled for May 5, 2015 be vacated and

continued to June 16, 2015 at 9:15 a.m.

Defense counsel requires additional time to review discovery with the defendant and

pursue investigation, as well as continue negotiations toward a non-trial disposition. Based upon

the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this

order's date through and including June 16, 2015,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and

(B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon

continuity of counsel and defense preparation.

DATED: May 4, 2015                     Respectfully submitted,

                                       HEATHER E. WILLIAMS
                                       Federal Defender

                                       */s/ Matthew M. Scoble*
                                       Matthew M. Scoble
                                       Assistant Federal Defender
                                       Attorney for Miguel Angel Morales

DATED: May 4, 2015                     BENJAMIN B. WAGNER
                                       United States Attorney

                                       */s/ Matthew M. Scoble for*
                                       Matthew Morris
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff


<u>ORDER</u>

    IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'
stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as
its order. The Court specifically finds the failure to grant a continuance in this case would deny
counsel reasonable time necessary for effective preparation, taking into account the exercise of
due diligence.  The Court finds the ends of justice are served by granting the requested
continuance and outweigh the best interests of the public and defendant in a speedy trial.

    The Court orders the time from the date the parties stipulated, up to and including June
16, 2015, shall be excluded from computation of time within which the trial of this case must be
commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv)
[reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further
ordered** the May 5, 2015 status conference shall be continued until June 16, 2015, at 9:15 a.m.


Dated: May 4, 2015                     */s/ John A. Mendez*
                                       Hon. John A. Mendez,
                                       United States District Court Judge