HEATHER E. WILLIAMS, #122664
Federal Defender
Douglas Beevers, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
MIGUEL ANGEL MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MIGUEL ANGEL MORALES, <br><br> Defendant. | Case No.  2: 14-cr-00166-JAM <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date: April 5, 2016 <br> Time: 9:15 a.m. <br> Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through, Matthew Morris Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Douglas Beevers, attorney for Miguel Angel Morales stipulate that the status conference, currently scheduled for April 5, 2016, be continued to April 26, 2016 at 9:15 a.m.

Defense counsel requires additional time to purse investigation and continue reviewing computer evidence related to the case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including April 26, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

Stipulation to Continue                                          -1-                                   *U.S. v Morales,14-cr-00166,*

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated:  April 1, 2016          HEATHER E. WILLIAMS
                               Federal Defender

                               */s/ Douglas Beevers*
                               DOUGLAS BEEVERS
                               Assistant Federal Defender
                               Attorney for Defendant

Dated: April 1, 2016

                               BENJAMIN B. WAGNER
                               United States Attorney

                               */s/ Matthew Morris*
                               MATTHEW MORRIS
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including April 26, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the April 5, 2016 status conference shall be continued until April 26, 2016, at 9:15 a.m.

Dated:  April 1, 2016

                               /s/ John A. Mendez
                               Hon. John A. Mendez
                               United States District Court Judge