HEATHER E. WILLIAMS, #122664
Federal Defender
Douglas Beevers, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
MIGUEL ANGEL MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2: 14-cr-00166-JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| vs. | ) |
| MIGUEL ANGEL MORALES, | ) Date: July 12, 2016<br>) Time: 9:15 a.m.<br>) Judge: Hon. John A. Mendez |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Assistant United States Attorney Matthew Morris, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for  Miguel Angel Morales that the status conference, currently scheduled for July 12, 2016, be continued to August 16, 2016 at 9:15 a.m.

Defense counsel requires additional time to conduct additional investigation and legal research, and to confer with his client about how to proceed in this case.   Defense counsel expects a plea agreement by the next hearing and will need time prior to then to discuss it with client.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including August 16, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

1  Counsel and the defendant also agree that the ends of justice served by the Court granting
2  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3                  Respectfully submitted,

4 Dated:  July 8, 2016        HEATHER E. WILLIAMS
                                      Federal Defender

6                         */s/ Douglas Beevers*
                        DOUGLAS BEEVERS
                        Assistant Federal Defender
7                         Attorney for Defendant

8 Dated: July 8, 2016

                        Phillip A. Talbert
9                         Acting United States Attorney

10                        */s/ Matthew Morris*
                       MATTHEW MORRIS
11                        Assistant U.S. Attorney
                       Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 16, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the July 12, 2016 status conference shall be continued until August 16, 2016, at 9:15 a.m.

Dated:  July 8, 2016

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge