HEATHER E. WILLIAMS, #122664
Federal Defender
Douglas Beevers, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
MIGUEL ANGEL MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2: 14-cr-00166-JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) |
| MIGUEL ANGEL MORALES, | ) Date: August 16, 2016<br>) Time: 9:15 a.m.<br>) Judge: Hon. John A. Mendez |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Assistant United States Attorney Matthew Morris, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for Miguel Angel Morales that the status conference, currently scheduled for August 16, 2016, be continued to September 13, 2016 at 9:15 a.m.

Defense counsel requires additional time to review issues that may be related to the Supreme Court decision in *Johnson v. United States.* Additional time is also required to continue plea negotiations.  Defense counsel also requires additional time because witnesses reside in other districts.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including September 13, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated:  August 12, 2016

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant

Dated: August 12, 2016

Phillip A. Talbert
Acting United States Attorney

*/s/ Matthew Morris*
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 13, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the August 16, 2016 status conference shall be continued until September 13, 2016, at 9:15 a.m.

Dated:  August 12, 2016

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge